**Opinion issued August 18, 2020**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-20-00537-CR**

———————————

## IN RE LAWRENCE FLOYD MILLER III, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator, Lawrence Floyd Miller III, has filed a petition for writ of mandamus, seeking to have the trial court rule on relator's request to obtain a copy of the appellate record.[1]

---

[1] The underlying case is *The State of Texas v. Lawrence Floyd Miller III*, cause number 74039, pending in the 412th Judicial District Court of Brazoria County, Texas, the Honorable Justin R. Gilbert presiding.

We **deny** relator's petition for writ of mandamus.  *See* TEX. R. APP. P. 52.8(a).

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Lloyd and Countiss.

Do not publish.  *See* TEX. R. APP. P. 47.2(b).